ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 28 2008

JAMES N HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| --- | --- | --- |
| v. | : | |
| ANTONIO DARNELL KING | : | NO. 1:08CR43 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about April 18, 2008, in the Northern District of Georgia, the defendant, ANTONIO DARNELL KING, by use of a deadly and dangerous weapon, knowingly and wilfully did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deputy U.S. Marshal James Ergas, a person designated in section 1114 of Title 18 of the United States Code, while said person was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT TWO

On or about April 24, 2008, in the Northern District of Georgia, the defendant, ANTONIO DARNELL KING, by use of a deadly and dangerous weapon, knowingly and wilfully did forcibly assault, resist, oppose, impede, intimidate, and interfere with Deputy U.S. Marshal Jeff May, a person designated in section 1114 of Title 18 of the United States Code, while said person was engaged in and on

account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A _____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
MARK A. CAMPBELL
SPECIAL ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6262
Fax: 404/581-6171
Provisionally Admitted Pursuant to Local Rule 83.1(A)(3)