FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 28 2008

JAMES N. HATTEN, Clerk
By: _Angela A _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

DIVISION Atlanta
(USAO 2008R01048)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME _____

DISTRICT COURT NO __1:08CR433__

MAGISTRATE CASE NO _____

_X_ Indictment  ___ Information  ___ Magistrate's Complaint

DATE October 28, 2008   DATE   DATE

| UNITED STATES OF AMERICA vs **ANTONIO DARNELL KING** | SUPERSEDING Prior Case No & Date Filed |
|---|---|

VIOLATION

COUNTS CHARGED (as to deft)  
TOTAL COUNTS (as to deft)

GREATER OFFENSE CHARGED
_X_ Felony  ___ Misdemeanor

**DEFENDANT:**

**IS NOT IN CUSTODY**

1 ___ Has not been arrested pending outcome of this proceeding
If not detained give date any prior summons was served on above charges _____
2 ___ Fugitive
3 ___ Is on bail or release from (district, state & date) _____

DATE OF ARREST _____
Or if arresting agency & warrant were not Federal

DATE TRANSFERRED TO U S CUSTODY _____
Are there any outstanding warrants in this proceeding ___ Yes ___ No
Date _____   Issued by _____

**IS IN CUSTODY**

4 _X_ On this charge
5 ___ On another conviction
6 Awaiting trial on other charges ___ Yes ___ No
_X_ Federal   ___ State
If Yes, show name of institution _____
Has detainer been filed ___ Yes   ___ No
If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS | MAGISTRATE JUDGE _____ |
|---|---|
|  | AUSA __Mark A Campbell__ |
|  | DEFT'S ATTY |

DAVID E NAHMIAS
UNITED STATES ATTORNEY
BY __Mark A Campbell__
Assistant United States Attorney

DATE __October 28, 2008__