IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :   CRIMINAL INDICTMENT NO. |
| v. | : |
| | :   1:08-CR-00433-JEC-LTW |
| ANTONIO DARNELL KING | : |

<u>GOVERNMENT'S REPORT ON POTENTIAL GIGLIO ISSUES</u>

Comes now the United States of America, by and through its counsel, Sally Quillian Yates, Acting United States Attorney for the Northern District of Georgia, and Mary F. Kruger, Special Assistant United States Attorney, and submits this report on the status of its investigation into potential <u>Giglio</u> issues.

1. On November 23, 2008, the Defendant filed a Motion to Suppress Statements. (Doc. 10).

2. On January 13, 2009, the Court conducted an evidentiary hearing on Defendant's Motion, at which multiple witnesses testified. (Doc. 23).

3. On June 16, 2009, the Defendant filed a Post-Hearing Brief in Support of the Motion to Suppress Statements. (Doc. 51). On June 29, 2009, the Government filed a Brief in Opposition to the Defendant's Motion to Suppress Statements. (Doc. 53). On July 16, 2009, the Defendant filed a Reply to the Government's Response on the Motion to Suppress Statements. (Doc. 55).

4. As briefing on the Defendant's Motion to Suppress is complete, the matter is currently pending before the Magistrate Judge.

5. The Government recently discovered some potential Giglio issues relating to the Government's witnesses at the January 13, 2009 evidentiary hearing.  On August 17, 2009, the Government filed a motion for an extension requesting additional time to investigate these issues in order to determine what, if any, disclosures should be made to the defense.  (Doc. 58).

6. On August 19, 2009, the Court granted the Government's motion for an extension of time and ordered the Government to report to the Court the results of its Giglio investigation within 30 days.  (Doc. 59).  On September 23, 2009, the Court granted the Government an additional extension, and ordered the Government report to the Court the results of its Giglio investigation by September 30, 2009.  This report is submitted in compliance with the Court order of September 23, 2009.

7. In early August, the Government requested personal files and other materials to evaluate what, if any, Giglio material exists as to the two witnesses called by the Government at the evidentiary hearing held on January 13, 2009.  The Government reviewed the responses to its inquiry.  On September 24, 2009, counsel for the Government met with counsel for the Defendant regarding this case and discussed the Government's Brady/Giglio investigation.  The Government has determined that no Giglio

material needs to be produced from the government personnel files of either of two witnesses called by the Government at the evidentiary hearing held on January 13, 2009. The Government has produced some additional impeaching discovery to the defense. On September 29, 2009, counsel for the Government sent counsel for the Defendant a bates-stamped set of discovery materials pertinent to this case.

Respectfully submitted this 30th day of September, 2009.

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY


*/s/ Mary F. Kruger*
SPECIAL ASSISTANT U.S. ATTORNEY
GEORGIA BAR NO. 244607
600 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303
(404)581-6168 - PHONE
(404)581-6234 - FAX

CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that the foregoing Government's Report on Potential <u>Giglio</u> issues was prepared using Courier 12-point font and that I have caused a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

    Jake Waldrop
    Federal Defender Program
    100 Peachtree Street, N.W.
    The Equitable Building, Suite 1700
    Atlanta, GA 30303
    404-688-7530

This 30th day of September, 2009

                                          <u>*/s/ Mary F. Kruger*</u>
                                          SPECIAL ASSISTANT U.S. ATTORNEY
                                          GEORGIA BAR NO. 244607
                                          600 UNITED STATES COURTHOUSE
                                          75 SPRING STREET, S.W.
                                          ATLANTA, GEORGIA 30303
                                          (404)581-6168 - PHONE
                                          (404)581-6234 - FAX